**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 21-00178-TM** |
| | ) | |
| **RODERICK LATRAL WEBSTER** | ) | |

**FINAL ORDER OF FORFEITURE**

This cause now comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following property:

> **One loaded Hi-Point, model C9, 9mm caliber pistol, serial number P1989078; and**
>
> **One loaded Hi-Point, model C9, 9mm caliber pistol, serial number P1989073**

The Court hereby finds that the motion is due to be **granted**, for the reasons set forth herein and as set out below:

On March 8, 2022, the United States filed a motion for preliminary order of forfeiture for the above-referenced firearms. (Doc. 36, PageID.84-87)  In that motion, the United States established the defendant's interest in the property and the nexus between the property and the defendant's conviction for Count One of the Indictment. On March 28, 2022, pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2), the Court entered a preliminary order of forfeiture for the above-referenced firearms. (Doc. 37, PageID.92-95)

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of the firearms, on the official government website, www.forfeiture.gov, beginning

on April 6, 2022, and ending on May 5, 2022. The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Andrew D. Arrington, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication. No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired. (Doc. 41, PageID.116-120)

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the firearms became final as to the defendant, Roderick Latral Webster, at the time of sentencing and was made a part of the sentence and included in the amended judgment. (Doc. 51, PageID.158)  Thus, the United States has met all statutory requirements for the forfeiture of the firearms, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED, and DECREED** that for good cause shown, the United States' motion is **GRANTED**. Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the above-referenced firearms are **CONDEMNED, FORFEITED, and VESTED** in the United States for disposition according to law; and

**IT IS FURTHER ORDERED** that the Bureau of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency take the above-referenced firearms into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7), the United States of America has clear title to the above-referenced firearms and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the Bureau of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency is hereby authorized to dispose of the above-referenced firearms in accordance with the law; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this 21st day of June 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE